1  **CHRISTINE D. BURKHART, ESQ.**
   Nevada Bar No.: 9330
2  **RAHUL KULKARNI, ESQ.**
   Nevada Bar No: 10650
3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
4  300 South 4th Street, 11th Floor
   Las Vegas, NV  89101
5  (702) 727-1400; FAX (702) 727-1401
   Christine.Burkhart@wilsonelser.com
6  Rahul.Kulkarni@wilsonelser.com
7  Attorneys for Defendant/Cross-Defendant
   **DEAN BALKENSTEIN**
8

9              UNITED STATES DISTRICT COURT

10                FOR THE DISTRICT OF NEVADA

11
                                              ORDER GRANTING
12  SHIRLEY KANESHIGE,                        CASE NO.:  3:14-CV-00351-HDM-WGC

13           Plaintiff,
          v.
14
    CHRIS CALEFFI and DEAN BALKENSTEIN,
15  and DOES 1-10,

16           Defendants.
    _____
17
    CHRIS CALEFFI,
18
             Cross-Claimant.
19
          v.
20
    DEAN BALKENSTEIN,
21
             Cross-Defendant.
22  _____

23  **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT/CROSS-CLAIMANT
    CHRIS CALEFFI'S CROSS-CLAIM AGAINST DEFENDANT/CROSS-DEFENDANT
24                  DEAN BALKENSTEIN WITH PREJUDICE**

25       IT IS HEREBY STIPULATED AND AGREED by and between Defendant/Cross-Claimant

26  CHRIS CALEFFI and Defendant/Cross-Defendant DEAN BALKENSTEIN, and each party's

27  respective attorneys of record, that CHRIS CALEFFI'S Cross-Claim against DEAN

28

812603v.1

BALKENSTEIN in the above-captioned action, and any and all causes of action contained therein, be dismissed with prejudice, with each party to bear its own fees and costs.

Dated this 11th day of August, 2015.                Dated this _____ day of _____, 2015.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

**LEMONS, GRUNDY & EISENBERG**

By: /s/ RAHUL KULKARNI
  CHRISTINE D. BURKHART, ESQ.
  Nevada Bar No.: 9330
  RAHUL KULKARNI, ESQ.
  Nevada Bar No.: 10650
  300 South 4th Street, 11th Floor
  Las Vegas, NV 89101
  Attorneys for Defendant/Cross-Defendant
  **DEAN BALKENSTEIN**

By:_____
  DOUGLAS R. BROWN, ESQ.
  Nevada Bar No.: 7620
  6005 Plumas St., Ste. 300
  Reno, NV 89519
  Attorneys for Defendant/Cross-Claimant
  **CHRIS CALEFFI**

812603v.1

BALKENSTEIN in the above-captioned action, and any and all causes of action contained therein, be dismissed with prejudice, with each party to bear its own fees and costs.

Dated this _____ day of _____, 2015.    Dated this  30  day of  June , 2015.

| WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP | LEMONS, GRUNDY & EISENBERG |
|---|---|
| By:_____<br>CHRISTINE D. BURKHART, ESQ.<br>Nevada Bar No.: 9330<br>RAHUL KULKARNI, ESQ.<br>Nevada Bar No.: 10650<br>300 South 4th Street, 11th Floor<br>Las Vegas, NV 89101<br>Attorneys for Defendant/Cross-Defendant<br>**DEAN BALKENSTEIN** | By:_____<br>DOUGLAS R. BROWN, ESQ.<br>Nevada Bar No.: 7620<br>6005 Plumas St., Ste. 300<br>Reno, NV 89519<br>Attorneys for Defendant/Cross-Claimant<br>**CHRIS CALEFFI** |

812603v.1

## ORDER

Based upon the above stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that that CHRIS CALEFFI'S Cross-Claim against DEAN BALKENSTEIN in the above-captioned action, and any and all causes of action contained therein, be dismissed with prejudice, with each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated this __12th__ day of __August__, 2015.

_/s/ Howard D. McKibben_
DISTRICT COURT JUDGE

Respectfully Submitted by:

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

By: ___/s/ RAHUL KULKARNI___
　　CHRISTINE D. BURKHART, ESQ.
　　Nevada Bar No.: 9330
　　RAHUL KULKARNI, ESQ.
　　Nevada Bar No.: 10650
　　300 South 4th Street, 11th Floor
　　Las Vegas, NV 89101
　　Attorneys for Defendant/Cross-Defendant
　　**DEAN BALKENSTEIN**

812603v.1